JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MERCEDES Y. ROSALES,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE RECOVERY SYSTEMS, INC.; AND, EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>Defendants. | Case No.: 2:24-cv-00481-SVW-RAO<br><br>~~[PROPOSED]~~ ORDER<br><br>**HON. STEPHEN V. WILSON** |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders Defendant EXPERIAN INFORMATION SOLUTIONS, INC. to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: **June 30, 2025**

_____
**HON. STEPHEN V. WILSON**
UNITED STATES DISTRICT COURT JUDGE